ACCEPTED
01-14-00930-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 12:42:45 PM
CHRISTOPHER PRINE
CLERK

Cause No. 01-14-00930-CR

| | | |
|---|---|---|
| BRIDGET RENAE MILLER, | * | IN THE COURT OF APPEALS |
| Appellant | * | |
| | * | |
| VS. | * | FIRST DISTRICT |
| | * | |
| THE STATE OF TEXAS, | * | |
| Appellee | * | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 12:42:45 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Comes now BRIDGET RENAE MILLER, through her attorney of record John J. Davis, and files this Motion For An Extension of Time in which to file Appellant's Brief pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure. In support of this Motion, Appellant shows the Court the following:

I.

TRIAL COURT: 239th District Court of Brazoria County, Texas,
Judge Pat Sebesta, presiding.

CAUSE NUMBER: 74,232

STYLE: The State of Texas vs. Bridget Renae Miller

DATE OF JUDGMENT: November 10, 2014

CONVICTION (OFFENSE): Injury to a Child

SENTENCE: Ninety-nine (99) years TDCJ-ID

**DEADLINE FOR FILING APPELLANT'S BRIEF:** 8 April 2015

**LENGTH OF TIME REQUESTED FOR EXTENSION:** 18 May 2015
(40 days)

**NUMBER OF PREVIOUS EXTENSIONS GRANTED:** None

## II.
### REASONS FOR EXTENSION

Appellant's request for an extension is based upon the following facts:

On March 17, 2015, Appellant's counsel completed and submitted a brief to this Court in Docket Number 01-14-00727-CR styled Alphonso Smith vs. The State of Texas.

The record in the instant case is comprised of sixteen (16) volumes, 9 of which are reporter's record and seven (7) of which are exhibts. The trial itself constitutes 1162 pages excluding exhibits.

In addition to this brief, this attorney is the defense counsel for the Brazoria County Drug Court which meets every week and requires additional time for client conferences. Counsel is also the appointed defense counsel at probation reviews in the 149th and 239th District Courts as well as the appointed defense counsel for the jail dockets in County Court at Law Number 1 of Brazoria County. The length of this record coupled with the settings and requirements of the drug court and the review and jail dockets have resulted in Counsel being unable to finish the brief by the stated deadline.

WHEREFORE, PREMISES CONSIDERED, Appellant prays the Court grant this MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF and extend the time for filing the Brief until **18 May 2015.**

2

Respectfully submitted,

/s/ John J. Davis

_____

John J. Davis
P.O. Box 787
205 N. Chenango
Angleton, Texas 77516-0787
SBN 05515500
Telephone: (979) 849-4362
*d.attorne@sbcglobal.net*

ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF was served to:

Jeri Yenne
Criminal District Attorney
Brazoria County Courthouse
111 East Locust, Suite 408A
Angleton, Texas 77515
**ATTENTION: David Bosserman**
**VIA FACSIMILE (979) 864-1525**

on the 8th day of April 2015.

/s/ John J. Davis

_____

John J. Davis
Attorney for Appellant